In the Matter of the Estate of ELLEN D. WAGNER, Deceased. VIOLET A. WAGNER et al., Appellants; CHARLES D. WAGNER, SR., Respondent.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.